## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CLEVEN MOORER,

    Plaintiff,

v.                                         CASE NO. 3:21cv583-MCR-HTC

JUDGE MILES DAVIS,

    Defendant.

_____/

## **O R D E R**

The magistrate judge issued a Report and Recommendation on April 16, 2021. ECF No. 4. The Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv583-MCR-HTC

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk of court is directed to enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv583-MCR-HTC